IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL PARKER and ) | | |
| JANICE PARKER, ) | | |
| ) | | |
| Plaintiff, ) | | |
| ) | | |
| vs. ) | No. | 05-1065 T/An |
| ) | | |
| RETROTECH INCORPORATED, ) | | |
| ) | | |
| Defendant. ) | | |

## ORDER DENYING MOTION TO AMEND COMPLAINT

Before the Court is Plaintiff's Motion to Amend Complaint filed on May 18, 2005.

Plaintiff failed to file a Certificate of Consultation as required by Local Rule 7.2(a)(1)(B) of the

Local Rules of the United States District Court for the Western District of Tennessee. Local

Rule 7.2(a)(1)(B) provides:

> Consultation by Counsel.  All motions, including discovery motions, but not including motions pursuant to Fed. R. Civ. P. 12, 56, 59, and 60 shall be accompanied by a certificate of counsel (with one copy) affirming that, after consultation between the parties to the controversy, they are unable to reach an accord as to all issues or that all other parties are in agreement with the action requested by the motion.  Failure to file an accompanying certificate of consultation may be deemed good grounds for denying the motion.
>
> The certificate must contain the names of participating counsel and the date and manner of consultation.  The burden will be on counsel filing the motion to initiate the conference upon giving reasonable notice of the time, place and specific nature of the conference.  If an opposing counsel or party refuses to cooperate in the conduct of a conference, counsel must file certificate to that effect, setting out counsel's efforts to comply with this rule.

Therefore, the motion is **DENIED** without prejudice. Plaintiff is welcome to re-file the instant Motion after complying with the Local Rules.

**IT IS SO ORDERED.**

*S. Thomas Anderson*
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

DATE June 14, 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 1:05-CV-01065 was distributed by fax, mail, or direct printing on June 15, 2005 to the parties listed.

---

Malcolm L. McCune
BLACKBURN & McCUNE, P.C.
201 Fourth Ave., N.
Ste. 1700
Nashville, TN 37219

Donald D. Zucarello
214 Second Avenue
Suite 206
Nashville, TN 37201

Honorable James Todd
US DISTRICT COURT